b18
02/09

United States Bankruptcy Court
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101−6991

Telephone: 619−557−5620
Website: www.casb.uscourts.gov
Hours: 9:00am−4:00pm Monday−Friday

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

**Jose Luis Guerrero**
 3229 Jemez Drive
San Diego, CA 92117

Social Security No.:   xxx−xx−9055
*Debtor: No Known Aliases*

**Angelica Hernandez Guerrero**
 3229 Jemez Drive
San Diego, CA 92117

Social Security No.:   xxx−xx−7126
*Joint Debtor: No Known Aliases*

Case number:  09−07081−LT7
Chapter:  7
Judge  Laura S. Taylor

# DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

Dated: 8/25/09

By order of the court:

Barry K. Lander
Clerk of the Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts That are Not Discharged

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0974-3           User: admin                  Page 1 of 2                   Date Rcvd: Aug 25, 2009
Case: 09-07081                 Form ID: b18                 Total Noticed: 56


The following entities were noticed by first class mail on Aug 27, 2009.
db/jdb       +Jose Luis Guerrero,   Angelica Hernandez Guerrero,   3229 Jemez Drive,   San Diego, CA 92117-3502
aty          +Roger Stacy,   Stacy Law Firm,   6046 Cornerstone Ct.,   San Diego, CA 92121-4758
tr            Gerald H. Davis,   P.O. Box 121111,   San Diego, CA  92112-1111
smg          +Div. of Labor Standards Enforcement,   7575 Metropolitan Drive, Suite 210,
               San Diego, CA 92108-4424
smg          +Dun & Bradstreet,   Attn: Public Records, Maryanne Bachert,   899 Eaton Ave.,
               Bethlehem, PA 18025-0025
smg          +Employment Develop. Dept., State of CA,   Bankruptcy Unit - MIC 92E,   P.O. Box 826880,
               Sacramento, CA 94280-0001
smg          +State Board of Equalization,   P.O. Box 942879,   Sacramento, CA 94279-0001
11860670    ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
             (address filed with court:   American Honda Finance,   600 Kelly Way,   Holyoke, MA 01040)
11860666     +Aegis Mtg,   5208 W Reno,   Oklahoma City, OK 73127-6344
11860671     +Applied Card Bank,   Attention: General Inquiries,   Po Box 17125,   Wilmington, DE 19850-7125
11860673     +California Business Bu,   4542 Ruffner St Ste 160,   San Diego, CA 92111-2238
11860674     +California Recovery Bu,   135 Vallecitos De Oro St,   San Marcos, CA 92069-1461
11860676     +Central Mortgage Co,   Attention: Bankruptcy Dept.,   1100 Virginia Drive,
               Fort Washington, PA 19034-3204
11860678     +Citibank Usa,   Attn.: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
11860679     +Citibankna,   1000 Technology Dr,   O Fallon, MO 63368-2239
11860680     +Citifinancial Retail Services,   Po Box 140489,   Irving, TX 75014-0489
11860681     +Cmre Financial Services Inc,   3075 E Imperial Hwy,   Suite 200,   Brea, CA 92821-6753
11860682     +Collection,   Attn: Bankrutpcy Department,   Po Box 10587,   Greenville, SC 29603-0587
11860683     +Collection Company Of,   700 Longwater Dr,   Norwell, MA 02061-1796
11860684     +Collection Consultants,   6100 San Fernando Rd Ste,   Glendale, CA 91201-2247
11860687     +Emc Mortgage,   Attention: Bankruptcy Clerk,   Po Box 293150,   Lewisville, TX 75029-3150
11873978     +Essel Commerical LP,   Leanne Haddad,   c/o Kimball et al,   1202 Kettner Blvd, 3rd Floor,
               San Diego, CA 92101-3338
11860690     +Fremont Investment & Loan,   2727 E. Imperial Hwy,   Brea, CA 92821-6713
11860693     +Harbor Financial Mtg,   340 N Sam Houston,   Houston, TX 77060-3305
11860694     +Home Comings Financial,   Attention: Bankruptcy Dept,   1100 Virginia Drive,
               Fort Washington, PA 19034-3204
11860698     +Jefferson Capital Syst,   16 Mceland Rd,   Saint Cloud, MN 56303-4725
11860699     +Leanne Haddad/Kimball Tirey,   1202 Ketter Blvd,   San Diego, CA 92101-3338
11860700     +Lease Finance Group Ll,   132 West 31st St,   14th Floor,   New York, NY 10001-3406
11860703     +Merchants Me,   Po Box 7416,   Bellevue, WA 98008-1416
11860704     +Sears/cbsd,   701 East 60th St N,   Sioux Falls, SD 57104-0432
11860706     +Tribute/fbofd,   6 Concourse Pkwy Ne Fl 2,   Atlanta, GA 30328-6117
11860707     +Union Bank Na,   Po Box 85643,   San Diego, CA 92186-5643
11860710    ++WACHOVIA DEALER SERVICES INC,   BK DEPARTMENT,   PO BOX 19657,   IRVINE CA 92623-9657
             (address filed with court:   Wfs Financial/Wachovia Dealer Services,
               2143 Convention Center Way #200,   Ontario, CA 91764)

The following entities were noticed by electronic transmission on Aug 26, 2009.
tr            EDI: QGHDAVIS.COM Aug 25 2009 23:13:00      Gerald H. Davis,   P.O. Box 121111,
               San Diego, CA  92112-1111
smg           EDI: CALTAX.COM Aug 25 2009 23:13:00      Franchise Tax Board,   Attn: Bankruptcy,
               P.O. Box 2952,   Sacramento, CA  95812-2952
smg           E-mail/Text: ustp.region15@usdoj.gov                            Office of the U.S. Trustee,
               402 West Broadway, Ste. 600,   San Diego, CA  92101-8511
ust           E-mail/Text: ustp.region15@usdoj.gov                            United States Trustee,
               Office of the U.S. Trustee,   402 West Broadway, Suite 600,   San Diego, CA  92101-8511
11860667     +EDI: BECKLEE.COM Aug 25 2009 23:13:00      American Express,   c/o Becket and Lee,   Po Box 3001,
               Malvern, PA 19355-0701
11860668     +Fax: 619-461-8321 Aug 26 2009 02:14:17      American General Finan,   6957 Broadway,
               Lemon Grove, CA 91945-1405
11860669     +EDI: AGFINANCE.COM Aug 25 2009 23:13:00      American General Finance,   Po Box 3121,
               Evansville, IN 47731-3121
11860672     +EDI: HFC.COM Aug 25 2009 23:13:00      Beneficial/hfc,   Attn: Bankruptcy,   961 Weigel Dr,
               Elmhurst, IL 60126-1058
11860675     +EDI: CAPITALONE.COM Aug 25 2009 23:13:00      Capital 1 Bank,   Attn: C/O TSYS Debt Management,
               Po Box 5155,   Norcross, GA 30091-5155
11860677     +EDI: CHASE.COM Aug 25 2009 23:13:00      Chase,   Attn: Bankruptcy Dept,   Po Box 100018,
               Kennesaw, GA 30156-9204
11860678     +EDI: CITICORP.COM Aug 25 2009 23:13:00      Citibank Usa,   Attn.: Centralized Bankruptcy,
               Po Box 20507,   Kansas City, MO 64195-0507
11860685     +EDI: HFC.COM Aug 25 2009 23:13:00      Direct Merchants Bank,   Card Member Services - GSC,
               Po Box 5246,   Carol Stream, IL 60197-5246
11860686     +E-mail/Text: joeydeleon@downeysavings.com                            Downey Savings & Loan,
               3501 Jamboree Rd,   Newport Beach, CA 92660-2980
11860688     +EDI: AMINFOFP.COM Aug 25 2009 23:13:00      First Premier Bank,   3820 N Louise Ave,
               Sioux Falls, SD 57107-0145
11860689     +EDI: FORD.COM Aug 25 2009 23:13:00      Ford Motor Credit Corporation,
               National Bankruptcy Center,   Po Box 537901,   Livonia, MI 48153-7901
11860691     +EDI: RMSC.COM Aug 25 2009 23:13:00      GEMB / Mervyns,   Attention: Bankruptcy,   Po Box 103106,
               Roswell, GA 30076-9106
11860692     +EDI: RMSC.COM Aug 25 2009 23:13:00      Gemb/jcp,   Attention: Bankruptcy,   Po Box 103106,
               Roswell, GA 30076-9106
11860695     +EDI: HFC.COM Aug 25 2009 23:13:00      Hsbc Bank,   Attn: Bankruptcy,   Po Box 5253,
               Carol Stream, IL 60197-5253
11860696     +EDI: HFC.COM Aug 25 2009 23:13:00      Hsbc Best Buy,   Attn: Bankruptcy,   Po Box 6985,
               Bridge Water, NJ 08807-0985
```

```
District/off: 0974-3          User: admin              Page 2 of 2              Date Rcvd: Aug 25, 2009
Case: 09-07081                Form ID: b18             Total Noticed: 56

The following entities were noticed by electronic transmission (continued)
11860697     +EDI: HFC.COM Aug 25 2009 23:13:00      Hsbc/rs,    Hsbc Retail Services Attn: Bankruptcy,
              Po Box 15522,    Wilmington, DE 19850-5522
11860701     +EDI: RMSC.COM Aug 25 2009 23:13:00     Lowes / MBGA,    Attention: Bankruptcy Department,
              Po Box 103106,    Roswell, GA 30076-9106
11860702     +EDI: TSYS2.COM Aug 25 2009 23:13:00    Macys/fdsb,    Macy's Bankruptcy,    Po Box 8053,
              Mason, OH 45040-8053
11860705     +EDI: WTRRNBANK.COM Aug 25 2009 23:13:00    Tnb-visa,    Po Box 9475,    Minneapolis, MN 55440-9475
11860708     +EDI: AFNIVZWIRE.COM Aug 25 2009 23:13:00   Verizon,    Po Box 3397,    Bloomington, IL 61702-3397
11860709     +EDI: CHASE.COM Aug 25 2009 23:13:00    Washington Mutual Mortgage,
              Attention: Bankruptcy Dept. JAXA 2035,    7255 Bay Meadows Way,    Jacksonville, FL 32256-6851
                                                                                             TOTAL: 25

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust              United States Trustee Office
                                                                                             TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 27, 2009**                    **Signature:**    _/s/ Joseph Speetjens_